UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ALLAN IRWIN and INTERGOLF, INC.

      Plaintiffs,

  -against-

EMPIRE GOLF MANAGEMENT, LLC and
BERGSTOL ENTERPRISES, INC.,

      Defendants.
-------------------------------------------------------------X

Index # 07 civ 10585
Date Purchased: Nov. 28, 2007

**STIPULATION AND
ORDER OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, attorneys for Allan Irwin and Intergolf, Inc., Plaintiffs, and Empire Golf Management, LLC and Bergstol Enterprises, Inc., Defendants, that the above captioned action be, and the same hereby is, dismissed with prejudice, with each side to bear his or its own attorneys' fees and costs.

Dated: New City, New York
   January __, 2008

BARRY D. HABERMAN, ESQ.

By: _____
  Barry D. Haberman (BH 2589)
  254 South Street, #401
  New City, New York 10956
  845-638-4294
  *Attorney for Plaintiffs*

Dated: 1/24/08

BARRY S. GUAGLARDI, ESQ.

By: _____
  Barry S. Guaglardi, Esq.
  210 Sylvan Avenue
  Englewood Cliffs, New Jersey 07632
  201-947-4100
  *Attorney for Defendants*

Dated: 1/18/08

SO ORDERED: February 5, 2008
_____
Charles L. Brieant, U.S.D.J.

Dated: Feb. 5, 2007
White Plains, NY